FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

11 MAR 23 PM 4: 30

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR 3028 |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | [ 42 U.S.C. § 408(a)(4), |
| DONA J. JAMESON, | ) | 18 U.S.C. § 641   ] |
| | ) | |
| Defendant. | ) | |

The Grand Jury Charges:

## COUNT I

Beginning or or about July 18, 1995, and continuing without interruption until on or about April 1, 2010, in the District of Nebraska, the defendant DONA J. JAMESON, in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting her continued right to Social Security Retirement Benefit payments, did conceal and fail to disclose such event with the intent to fraudulently secure such payment in a greater amount than was due and when no payment was authorized.  Specifically, DONA J. JAMESON represented her date of birth to be January 20, 1921, when at all times she knew her true date of birth to be November 14, 1941.  By such actions DONA J. JAMESON received Social Security retirement benefits sooner, and in greater monthly amounts than she was entitled to receive.

In violation of Title 42, United States Code, Section 408(a)(4).

## COUNT II

Beginning on or about July 18, 1995, and continuing without interruption until in or around September, 2010, in the District of Nebraska, defendant, DONA J. JAMESON, did steal and purloin money of the Social Security Administration, a department or agency of the United

States, namely Social Security Retirement Insurance Benefits payments made to her to which she knew she was not entitled, having a value of more than $1,000.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

ALAN L. EVERETT
Assistant United States Attorney